UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA | 26 U.S.C. § 7206(1) |
| v. | Case: 2:25−cr−20770<br>Assigned To : Leitman, Matthew F.<br>Referral Judge: Grand, David R.<br>Assign. Date : 10/9/2025<br>Description: INFO USA V. BOBCHICK (AB) |
| GREGORY ALBERT BOBCHICK, | |
| Defendant. | |
| _____/ | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### False Statement on Tax Return
### 26 U.S.C. § 7206(1)

On or about March 18, 2022, in the Eastern District of Michigan, Southern Division, and elsewhere, GREGORY ALBERT BOBCHICK, defendant, did willfully make and subscribe a federal income tax return (1040) for calendar year 2019, which was verified by a written declaration that it was made under the penalties of perjury, and filed with the Internal Revenue Service, and which the defendant did not believe to be true and correct as to every material matter. The U.S. Individual Tax Return (filed jointly) for the calendar year 2019 for GREGORY ALBERT BOBCHICK and his spouse was not true and correct as to

every material matter because, as GREGORY ALBERT BOBCHICK then and there knew and believed, the 2019 federal income tax return did not include substantial taxable income that GREGORY ALBERT BOBCHICK had obtained from a business entity that he owned and operated.

All in violation of Title 26 United States Code Section 7206(1).

JEROME F. GORGON, JR.
UNITED STATES ATTORNEY

S/John K. Neal
JOHN K. NEAL
Chief, Anti-Corruption Unit
Assistant United States Attorney

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number 2:25−cr−20770 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:** J.K.N. |

**Case Title:** USA v. Gregory Albert Bobchick

**County where offense occurred:** Macomb County

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

```
____Indictment/ ✓ Information --- no prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:              ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 9, 2025
Date

/s/John K. Neal
John K. Neal
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9100
E-Mail address: jonh.neal@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.