UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

GREGORY ALBERT BOBCHICK,

      Defendant.

Case No. 25-cv-20770
Hon. Matthew F. Leitman

_____/

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTIONS TO APPOINT EXPERT WITNESS (ECF Nos. 11 & 12)

On March 11, 2026, the Court held a status conference with defense counsel only to discuss Defendant's motions to appoint expert witness.  For the reasons explained on the record during the conference, the motions are **DENIED WITHOUT PREJUDICE**.   As the Court explained on the record, at the sentencing hearing, defense counsel may renew the request for the appointment of an expert, and the Court will consider any renewed request at that time.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 11, 2026

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 11, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126